PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Aug 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN M. WILLIAMS,<br><br>Defendant. | CASE NO. **1:24-cr-00199-JLT-SKO** |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1344 – Bank Fraud]

The United States Attorney charges: T H A T

BRYAN M. WILLIAMS,

on or about the date below, in the State and Eastern District of California and elsewhere, the defendant knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations, and promises, as set forth below:

| COUNT | DATE | DESCRIPTION | Financial Institution |
|---|---|---|---|
| ONE | 12/19/2018 | Electronic transfer in the amount of $1,525.00 from JP Morgan Chase Bank, from account number x9990 to Golden One Credit Union, account number x1957 | JP Morgan Chase Bank |

All in violation of Title 18, United States Code, Section 1344.

Dated: August 16, 2024

PHILLIP A. TALBERT
United States Attorney

By: _/s/ J. Spivak_____
JEFFREY A. SPIVAK
Assistant United States Attorney

# United States v. BRYAN WILLIAMS
# Penalties for Information

**COUNT 1:**

VIOLATION: 18 U.S.C. § 1344 – Bank Fraud

PENALTIES: A maximum of up to 30 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to five years

SPECIAL ASSESSMENT: $100