# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>BRYAN WILLIAMS<br>*Defendant* | )<br>) Case No.    1:24-cr-000199-JLT-SKO<br>)<br>)<br>) |

FILED
Oct 07, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Oct 7, 2024

*Defendant's signature*

*Signature of defendant's attorney*

GALATEA DELAPP
*Printed name of defendant's attorney*

10/7/2024
*Judge's signature*

[Choose a Judge], United States District Judge
*Judge's printed name and title*