| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:24-CR-00199-JLT-SKO |
| | Plaintiff, | STIPULATION TO SET CONDITIONS OF RELEASE; [PROPOSED] ORDER |
| | v. | DATE: June 17, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| BRYAN M. WILLIAMS, | | |
| | Defendant. | |

This case is set for sentencing on June 17, 2024. The parties and the Court agreed that Defendant should be released pending sentencing. As set forth below, the parties now move, by stipulation, for an order setting the following standard conditions of release, which will apply through sentencing, pursuant to Title 18, United States Code, Section 3143:

1) The defendant must not violate federal, state, or local law while on release;

2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. 14135a;

3) The defendant must advise the court in writing before making any change of residence or telephone number;

4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose, and

5) The defendant must report to the U.S. Probation Office and United States Marshals Service at

STIPULATION TO SET CONDITIONS OF RELEASE       1

the U.S. Courthouse located at 2500 Tulare Street Fresno, California, by Friday October 11, 2024.

The defendant understands these conditions, agrees to them, asks the Court to impose them, and waives any right to a hearing on this issue.

IT IS SO STIPULATED.

Dated: October 7, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 7, 2024

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Bryan M. Williams

## [PROPOSED] ORDER

IT IS SO ORDERED.

HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE