# Exhibit 2

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     02/14/2024

████████ business address ████████████████████████,
Bakersfield, California, telephone number ████████, was interviewed
telephonically. After being advised of the identity of the interviewing
Agents and the nature of the interview, ████ provided the following
information:

    The fraud concerning BRYAN WILLIAMS was discovered when a substantial
amount of money was found to be missing from the Kern County Republican
Central Committee (KCRCC) bank accounts. One of the accounts was federal and
the other was a state account.

    ████ first confronted WILLIAMS in ████'s office about the missing money,
and it was after that confrontation that WILLIAMS wrote a letter. WILLIAMS
admitted to ████ in-person that he had taken money from the accounts.
WILLIAMS did not bring the missing money to ████'s attention first.

---

Investigation on   02/14/2024   at   Bakersfield, California, United States (Phone)

File #   194B-SC-3137844                Date drafted   02/14/2024

by   CHASE CHRISTOPHER EDWARD, MYERS BRIAN M

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.